**33-0072581 Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **American Sterling Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | ██ – 2581 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **3151 Airway Avenue** **Suite A-1** **Costa Mesa, CA 92626** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Orange** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **American Sterling Corporation**

Name

Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5511_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | | | When | | Relationship | Officer/Shareho lder of Debtor |
|---|---|---|---|---|---|---|
| Debtor | **Lawrence Keith Dodge** | | | | Relationship | Officer/Shareho lder of Debtor |
| District | **Central District of California** | When | **2/02/13** | | Case number, if known | **8:13-bk-11037 ES** |

| Debtor | **American Sterling Corporation** | Case number (*if known*) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in** *this district?*

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **American Sterling Corporation** _____   Case number (if known) _____
Name

---

Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2020**
MM / DD / YYYY

X _____   **Robert P. Mosier**
Signature of authorized representative of debtor   Printed name

Title   President

**18. Signature of attorney**

X _____   Date **November 16, 2020**
Signature of attorney for debtor   MM / DD / YYYY

**Nanette D. Sanders**
Printed name

**Ringstad & Sanders LLP**
Firm name

**4343 Von Karman Avenue**
**Suite 300**
**Newport Beach, CA 92660**
Number, Street, City, State & ZIP Code

Contact phone   **949 851-7450**   Email address   **nanette@ringstadlaw.com**

**120169 CA**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Sterling Corporation** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **-NONE-** | | | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

## **RESOLUTION**

The undersigned, Robert P. Mosier, President of American Sterling Corporation hereby certifies that on November 16, 2020, the following resolution was duly adopted by the officers of this corporation,

WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is, authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation;

BE IT FURTHER RESOLVED, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of American Sterling Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of American Sterling Corporation in connection with said bankruptcy proceedings; and,

BE IT RESOLVED FURTHER, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is, authorized and directed to employ Ringstad & Sanders LLP to represent the entity in said bankruptcy proceedings.

Dated: November 16, 2020                    AMERICAN STERLING CORPORATION

By: _____

Robert P. Mosier, President

## SHAREHOLDER RESOLUTION

The undersigned, Thomas H. Casey, Chapter 7 Trustee for the bankruptcy estate of Lawrence Keith Dodge (Case No 8:13-bk-11037 ES), the majority shareholder of American Sterling Corporation, hereby certifies that on November 16, 2020, the following resolution was duly adopted by the shareholders of this corporation,

> WHEREAS, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code:

> NOW, THEREFORE, BE IT RESOLVED, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case in the United States Bankruptcy Court on behalf of the corporation, with the election made for the case to proceed under 11 U.S.C. §§ 1181-1195, referred to as Subchapter V as per the Small Business Reorganization Act of 2019;

> BE IT FURTHER RESOLVED, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is, authorized and directed to appear in all such bankruptcy proceedings on behalf of American Sterling Corporation, and to otherwise do and perform any and all acts and deeds and to execute and deliver all necessary documents on behalf of American Sterling Corporation in connection with said bankruptcy proceedings; and,

> BE IT RESOLVED FURTHER, that Robert P. Mosier, President of American Sterling Corporation be, and hereby is, authorized and directed to employ Ringstad & Sanders LLP to represent the entity in said bankruptcy proceedings.

Dated: November 16, 2020

Thomas H. Casey, Chapter 7 Trustee for the Chapter 7 Estate of Lawrence Keith Dodge, majority shareholder of American Sterling Corporation

1313544 v1 iManDB 032069/0001

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Nanette D. Sanders, SBN 120169<br>nanette@ringstadlaw.com<br>RINGSTAD & SANDERS LLP<br>4343 Von Karman Avenue<br>Suite 300<br>Newport Beach, CA 92660<br>Telephone: 949 851-7450<br>Fax: 949 851-6926 | |

☒ *Attorney for:* Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>AMERICAN STERLING CORPORATION,<br><br><br><br>Debtor(s). | CASE NO.:<br><br>ADVERSARY NO.:<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br>Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| <br><br>Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.  A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)*  ROBERT P. MOSIER_____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

   ☒ I am the president or other officer or an authorized agent of the Debtor corporation

   ☐ I am a party to an adversary proceeding

   ☐ I am a party to a contested matter

   ☐ I am the attorney for the Debtor corporation

2.a. ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Thomas H. Casey, Chapter 7 Trustee - In Re Lawrence Keith Dodge - 84.9 Owner

22342 Avenida Empresa, Suite 245

Rancho Santa Margarita, CA 92688

[For additional names, attach an addendum to this form.]

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date: 11/16/2020

By: _____
Signature of Debtor, or attorney for Debtor

Name: ROBERT P. MOSIER, President
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2              **F 1007-4.CORP.OWNERSHIP.STMT**

# United States Bankruptcy Court
## Central District of California

In re   __American Sterling Corporation__ _____   Case No. _____
_____
Debtor(s)   Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Chapman University**<br>**1 University Drive**<br>**Attn: Daniel Struppa, Reg. Agent**<br>**Orange, CA 92866-1005** | | **23,665 Shares** | **2.047% Ownership** |
| **Dodge Trust 1** | | **5,065 Shares** | **0.438% Ownership** |
| **Kansas City Art Institute**<br>**4415 Warwick Blvd.**<br>**Attn: Norman E. Greene, Reg. Agent**<br>**Kansas City, MO 64111-1820** | | **11,268 Shares** | **0.975% Ownership** |
| **Opera Pacific**<br>**Karen Sue Naylor, Chapter 7 Trustee**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660** | | **882 Shares** | **0.076% Ownership** |
| **Redlands Unified School District**<br>**20 W. Lugonia Avenue**<br>**Attn: Ken S. Morse, Reg. Agent**<br>**Redlands, CA 92374-2234** | | **3,900 Shares** | **0.337% Ownership** |
| **Scarlett Desta**<br>**4650 Kester Avenue**<br>**Apt. 204**<br>**Sherman Oaks, CA 91403-2597** | | **48,373 Shares** | **4.184% Ownership** |
| **Sharon Thompson**<br>**11211 West 106th Place**<br>**Westminster, CO 80021** | | **48,373 Shares** | **4.184% Ownership** |
| **Thomas H. Casey, Ch 7 Trustee**<br>**In Re Lawrence Keith Dodge**<br>**Case No. 8:13-bk-11037 ES**<br>**22342 Avenida Empresa Ste 245**<br>**Rancho Santa Margarita, CA 92688** | | **982,380 Shares** | **84.969% Ownership** |
| **University of California at Irvine**<br>**510 Aldrich Hall #5**<br>**Attn: Howard Gillman, Chancellor**<br>**Irvine, CA 92697-0001** | | **5,065 Shares** | **0.438% Ownership** |

In re:    **American Sterling Corporation** _____    Case No. _____
    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 16, 2020** _____    Signature _____

Robert P. Mosier

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Chapter 7 Case for Lawrence Keith Dodge, Officer/Shareholder of the Debtor**
**Case No. 8:13-bk-11037 ES - Central District of California**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Costa Mesa_ , California.

Date: _November 16, 2020_

Robert P. Mosier
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                     Page 1                     **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name __**American Sterling Corporation**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                                12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................... $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ _____4,149,467.30

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ _____4,149,467.30

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ _____0.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ _____0.00

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b

$ _____0.00

**Fill in this information to identify the case:**

Debtor name    **American Sterling Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank** | **General Checking Account** | **5433** | **$4,149,467.30** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$4,149,467.30** |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.
   ☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

   ☑ No. Go to Part 5.
   ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **American Sterling Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

---

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**Net operating loss as of 12/31/2019 - Federal**<br>**$7,767,639.00**   Tax year **2019** | **Unknown** |

Debtor   **American Sterling Corporation**                              Case number *(If known)* _____
         Name

**Net operating loss as of 12/31/2019 - State $1,236,450.00**     Tax year **2019**                    **Unknown**

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Dissolved Subsidiaries - See Attached.**                                    **Unknown**

78.   **Total of Part 11.**                                                          **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **American Sterling Corporation**                          Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,149,467.30 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,149,467.30 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,149,467.30 |

American Sterling Corporation
Schedule A/B Attachment re Part 11 – No. 77

Answer No. 1 – Residual Interests:

Following the dissolution of wholly owned subsidiary American Sterling Productions LTD ("ASP") [33-0072065 dissolved 9/6/2019], the Debtor holds the residual interests in revenues of films produced by ASP, as follows:

The Defector
Dark Matter
We Chose Freedom
Annihilation of Fish

The Debtor has located various ASP documents relating to its investment in Annihilation of Fish, including a 1999 Loan and Security Agreement.  Such documentation reflects the intention of ASP to loan Gold Fish, LLC, the producer of the film, an amount not to exceed $1,800,000.  The Debtor has not however located any documentation to evidence that ASP actually funded all or a portion of such intended loan.

No revenues have been received on account of these interests within the last three (3) years.

Answer No. 2 – Dissolved Subsidiaries:

The Debtor is the holding company of six now dissolved subsidiaries, as follows:

American Sterling Insurance Services, 52-1103258, dissolved in 2016 (estimated)
American Sterling Capital Corporation, 33-0073847, dissolved 12/19/2018
American Sterling Flood Services, 33-0198776, dissolved 9/6/2019
American Sterling Productions Ltd., 33-0072065, dissolved 9/6/2019
American Sterling Services Corporation, 33-0070253, dissolved 9/6/2019
American Sterling Education Solutions, 33-0038029, dissolved 9/6/2019

**Fill in this information to identify the case:**

Debtor name     **American Sterling Corporation**

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach he Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

|  |  |
|---|---|
| **Franchise Tax Board**<br>**Bankruptcy Unit**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.2 | Priority creditor's name and mailing address | **$0.00** | **$0.00** |

|  |  |
|---|---|
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19114-7346** | As of the petition filing date, he claim is:<br>*Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**EP Entity Unit**
**Mail Stop 6273**
**Ogden, UT 84201-0018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**Attn: EP Customer Service**
**Manager**
**P.O. Box 2508**
**Cincinnati, OH 45201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**801 Civic Center Drive West**
**Santa Ana, CA 92701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |
|---|---|---|---|

**Securities Exchange Commission**
**5670 Wilshire Boulevard**
**11th Floor**
**Los Angeles, CA 90036-5627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, he claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**U.S. Department of Labor**
**Los Angeles Regional Office**
**Olivia R. Metcalfe, Investigator**
**1055 E Colorado Blvd., Ste. 200**
**Pasadena, CA 91106-2341**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY - Regarding American Sterling ESOP**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam B. Cantor, Esq.**
**Jackson Lewis PC**
**44 South Broaway 14th Fl**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice for Information Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex M Yousefzadeh Esq.**
**Donaldson & Callif LLP**
**400 S. Beverly Drive**
**Suite 400**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice for Information Only**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice J Campbell**
**517 N 36th Terrace**
**Blue Springs, MO 64015**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice for Information only.**

Last 4 digits of account number _

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Rendon**
**10060 Scott Ave, Apt Q**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice for Information only.**

Last 4 digits of account number _

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**American Century Investor**
**FBO Sandra Langum IRA**
**5805 E. 96th Terrace**
**Kansas City, MO 64134**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Amy J Hoskins**
**17138 E. 39th Street**
**Independence, MO 64055**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Angelica Fuentes Pita**
**6122 E. Teton Ave**
**Orange, CA 92867-2413**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Annette Gomez**
**1522 W Marion Way**
**Santa Ana, CA 92706-1852**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Annette M Schwab**
**16207 Short Ln**
**Smithville, MO 64089-8142**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aubury Adair**
1401 Anna Cir #31
Smithville, MO 64089-7101

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Barbara Maggard**
2415 SW SPRINGCREEK CT
Blue Springs, MO 64015

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Betty Bachicha**
301 Cedar Street
Walsenburg, CO 81089

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverlee J Mock**
3668 Descanso St.
Las Vegas, NV 89121

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brenda Solano**
4475 Piersons Street
Wheat Ridge, CO 80033-2548

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **American Sterling Corporation** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brittany Tierney**
**1117 SW Brook Court**
**Blue Springs, MO 64015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carol L Mosley**
**1734 S. Northern**
**Independence, MO 64052**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carolyn Denton**
**1107 SW Sunset St**
**Blue Springs, MO 64015-4915**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Carrie Wilson**
**105 Ranch Dr**
**Butler, MO 64730-9372**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cassandra Hamilton**
**310 E Kay St**
**Lansing, KS 66043**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cassandra Hughes**
126 N Carlisle
Independence, MO 64054

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cassandra S Jones**
5254 Caliente St.
Las Vegas, NV 89119

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cathy Trusler**
PO Box 1296
Liberty, MO 64069-1296

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chapman University**
1 University Drive
Attn: Daniel Struppa, Reg. Agent
Orange, CA 92866-1005

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Charles Schwab&Co FBO Byron Winings**
38 Finca
San Clemente, CA 92672

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chelsey J Leatherman**
**725 N Laurel St**
**Gardner, KS 66030-7852**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryle L Miller**
**2503 SW Jackson St**
**Blue Springs, MO 64015-4035**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Browning**
**2347 Littleton Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christine D Kerr**
**1043 E Butler Dr., Unit D**
**Phoenix, AZ 85020**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher L Lay**
**10927 N Randolph Avenue**
**Kansas City, MO 64157**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Christopher Spellman
17326 Penrose Lane
Lenexa, KS 66219

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Courtney C Kuruma
25611 Creek Dr.
Laguna Hills, CA 92653

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Craig Brotman
8 Earthen Ct.
Ladera Ranch, CA 92694-1360

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Cristina Cannalonga
422 Brookhaven Circle
Corona, CA 92879

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Cristina Castro
6529 San Haroldo Way
Buena Park, CA 90620

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **American Sterling Corporation**                                     Case number (if known) _____
    Name

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Cynthia Han**
**14469 San Remo Dr**
**Corona, CA 92880**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Damian Munoz**
**236 S NORWOOD ST**
**Orange, CA 92869**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Danika Eberhart**
**12362 TOPAZ ST**
**Garden Grove, CA 92845**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Debbie Quint**
**428 Pierce Hollow St**
**Raymore, MO 64083**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Deborah A Brown**
**9801 259th St**
**Mc Louth, KS 66054-5007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Deborah Hedderly**
2588 Palentina St.
Henderson, NV 89044-4420

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Leakey**
7612 Crisp
Kansas City, MO 64138

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dee Ann Myers**
2924 SW 16th St
Lees Summit, MO 64081

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Coffey**
16 Robin Ridge
Aliso Viejo, CA 92656

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Davis**
18012 Dakota Drive
Independence, MO 64056

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Denise Voith**
**63 Monarch Bay Drive**
**Monarch Beach, CA 92629**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Notice for Information only.__

__Participant in American Sterling Corporation Employee Stock Ownership Plan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Diana J Taylor**
**15009 E. 42nd Terrace**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Notice for Information only.__

__Participant in American Sterling Corporation Employee Stock Ownership Plan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dodge Trust 1**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice Purposes Only__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Jones FBO Pamela Lampe IRA**
**2166 N.E. Todd George Road**
**Lees Summit, MO 64086**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: __Notice for Information only.__

__Participant in American Sterling Corporation Employee Stock Ownership Plan__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elaine Gerken**
**319 SE Douglas St Apt 103**
**Lees Summit, MO 64063-2717**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __Notice for Information only.__

__Participant in American Sterling Corporation Employee Stock Ownership Plan__

Is the claim subject to offset? ☑ No ☐ Yes

| Debtor | **American Sterling Corporation** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Elaine M Nadalin**
**1456 Carmelita St**
**Laguna Beach, CA 92651-3114**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erin Ann Lathrom**
**3715 S. Kiger Road**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Federal Deposit Insurance Corp.**
**3501 Fairfax Drive**
**VS-B-7058**
**Arlington, VA 22226-3599**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fidelity Investments**
**FBO Donica Holt IRA**
**1236 SW Creekside Dr.**
**Lees Summit, MO 64081**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Future Plan/Ascensus, LLC**
**Attn: Doug Cannon**
**4999 Louise Dr., Ste. 205**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Notice for Information Only**

**Administrator for ESOP**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gale A Howard**
**2100 NE 114th Ter**
**Kansas City, MO 64155-1476**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gary S Lowe**
**5210 Timarron Drive**
**Scurry, TX 75158**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gayle M Foster**
**2118 N. Ponca Drive**
**Independence, MO 64058**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glendon Humphrey**
**23492 Mtn. Breeze Dr.**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gwenda Berry**
**29256 MISSION TRAIL LN**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **American Sterling Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address

**Heather Guimond**
**26479 Portola**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

**James Flynn**
**11434 Craig**
**Overland Park, KS 66210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address

**Janet Beyers**
**612 Rhine Lane**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address

**Janice Byrd**
**3018 S Downey Ave**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

**Janice Thrower**
**26226 Glendon Lane**
**Laguna Hills, CA 92653**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Janine Inlow
802 N Elm St.
Monroe City, MO 63456-1106

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Jenna Vanderhoof
412 Derby St SE
Albany, OR 97322

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Jennelle Post
200 Woodhaven Dr.
Smithville, MO 64089

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Jennifer Coffman
3534 Lyons Ave
Dickinson, ND 58601-7826

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

JHTC FBO Laurie Rush IRA
11708 Belmont
Kansas City, MO 64134

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joanie Devall**
**2209 N Liberty**
**Independence, MO 64050**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Hancock Life Ins Co**
 **FBO Susie Deherrera QRP**
**14684 Starpath Dr.**
**La Mirada, CA 90638**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John J. Beyers**
**612 Rhine Lane**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Riddle**
**501 Vance St**
**Plattsburg, MO 64477**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Johnna A Cox**
**412 SW Newport Drive**
**Blue Springs, MO 64014-7837**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Dunn**
**318 Cold Water Ln**
**Raymore, MO 64083-4506**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joyce Reed**
**1907 N. Ethan Lane**
**Independence, MO 64058**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jula L Wuenschel Bradshaw**
**108 SE Sherri Ln**
**Blue Springs, MO 64014-5046**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kansas City Art Institute**
**4415 Warwick Blvd.**
**Attn: Norman E. Greene, Reg. Agent**
**Kansas City, MO 64111-1820**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Karen S Jameson**
**14274 W 117th Ct.**
**Olathe, KS 66062-6612**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kathryn Appelquist** | ☐ Contingent | |
| | **7628 Robinson** | ☐ Unliquidated | |
| | **Overland Park, KS 66204** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Notice for Information only.** | |
| | | **Participant in American Sterling Corporation Employee Stock Ownership Plan** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Katrina Kuhns-Blankenship** | ☐ Contingent | |
| | **19707 E 15TH ST N** | ☐ Unliquidated | |
| | **Independence, MO 64056** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Notice for Information only.** | |
| | | **Participant in American Sterling Corporation Employee Stock Ownership Plan** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kelli A Kandow** | ☐ Contingent | |
| | **211 W 56th St** | ☐ Unliquidated | |
| | **Aapt 36C** | ■ Disputed | |
| | **New York, NY 10019-4326** | | |
| | Date(s) debt was incurred __ | Basis for the claim:  **Notice for Information only.** | |
| | Last 4 digits of account number __ | | |
| | | **Participant in American Sterling Corporation Employee Stock Ownership Plan** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kelly D Madorin** | ☐ Contingent | |
| | **5937 17th St.** | ☐ Unliquidated | |
| | **Grantville, KS 66429-9213** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Notice for Information only.** | |
| | | **Participant in American Sterling Corporation Employee Stock Ownership Plan** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kerrie L Davidson** | ☐ Contingent | |
| | **642 Washington Ln** | ☐ Unliquidated | |
| | **Waco, TX 76708-7287** | ■ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim:  **Notice for Information only.** | |
| | | **Participant in American Sterling Corporation Employee Stock Ownership Plan** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristina Dodge**
**c/o Harcourts Prime Properties**
**3 Monarch Bay Plaza, Ste. 100**
**Dana Point, CA 92629**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Beneficiary of Disputed ESOP Participant.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lance Frederiksen**
**3 Mostaza**
**Rancho Santa Margarita, CA 92688-1718**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lara Van Asten**
**306 S Vine St**
**Louisburg, KS 66053-6420**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Laura Harp**
**708 N Choctaw Ave**
**Independence, MO 64056-1923**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leslie Gall**
**3024 Englewood Terrace**
**Independence, MO 64052**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|---|
| | Name | | |

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------|-------|

**Lin Dai-Morris**
**c/o Fairway Independent Mortgage**
**881 Dover Dr., Ste. 110**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------|-------|

**Lisa M. Alumbaugh**
**604 W 38th St N., #2**
**Independence, MO 64050-1065**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------|-------|

**Lizabeth Ball**
**519 Ance Creek Rd**
**Reeds Spring, MO 65737**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------|-------|

**Lori Ann Huson**
**809 NE Bristol Dr.**
**Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|-----------------------------------------------------|--------------------------------------------------------------------|-------|

**Lynette Seegraves**
**6961 Valencia St**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Notice for Information only.**

Last 4 digits of account number __

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Margaret K Flinn**
**15711 E Independence Ave**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark J. Guimont**
**8659 Jasper Wood Street**
**Henderson, NV 89074-7048**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Schneider**
**8 Porter**
**Irvine, CA 92620**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Martplan Insurance Agency**
**FBO Kwan Lee QRP**
**2020 Hacienda Road**
**La Habra, CA 90631**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Melissa E Martin**
**575 Opal Avenue**
**Hemet, CA 92543-7867**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **American Sterling Corporation**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.100 | **Nonpriority creditor's name and mailing address** |

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.100**  
**Nonpriority creditor's name and mailing address**  
**Menka Z Scott**  
**2408 SW Kenwill Dr.**  
**Lees Summit, MO 64082**  

Date(s) debt was incurred __  

Last 4 digits of account number __  

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim: **Notice for Information only.**  

**Participant in American Sterling Corporation Employee Stock Ownership Plan**  

Is the claim subject to offset? ■ No  ☐ Yes  

$0.00  

---

**3.101**  
**Nonpriority creditor's name and mailing address**  
**Merrill FBO Brian Tilton IRA**  
**8 Woodbridge Ct**  
**Trabuco Canyon, CA 92679**  

Date(s) debt was incurred __  

Last 4 digits of account number __  

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim: **Notice for Information only.**  

**Participant in American Sterling Corporation Employee Stock Ownership Plan**  

Is the claim subject to offset? ■ No  ☐ Yes  

$0.00  

---

**3.102**  
**Nonpriority creditor's name and mailing address**  
**Michael Dean Thompson**  
**c/o Sharon Thompson**  
**11211 West 106th Place**  
**Westminister, CO 80021**  

Date(s) debt was incurred __  

Last 4 digits of account number __  

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim: **Notice for Information only.**  

**Participant in American Sterling Corporation Employee Stock Ownership Plan**  

Is the claim subject to offset? ■ No  ☐ Yes  

$0.00  

---

**3.103**  
**Nonpriority creditor's name and mailing address**  
**Michael J Celaya**  
**3942 Cedron**  
**Irvine, CA 92606**  

Date(s) debt was incurred __  

Last 4 digits of account number __  

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim: **Notice for Information only.**  

**Participant in American Sterling Corporation Employee Stock Ownership Plan**  

Is the claim subject to offset? ■ No  ☐ Yes  

$0.00  

---

**3.104**  
**Nonpriority creditor's name and mailing address**  
**Michel K Seechrist**  
**2210 River Run Dr.**  
**Unit 66**  
**San Diego, CA 92108-5812**  

Date(s) debt was incurred __  

Last 4 digits of account number __  

**As of the petition filing date, the claim is:** *Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
■ Disputed  

Basis for the claim: **Notice for Information only.**  

**Participant in American Sterling Corporation Employee Stock Ownership Plan**  

Is the claim subject to offset? ■ No  ☐ Yes  

$0.00

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michelle Mcdonagh**
**26703 Spotted Pony Dr**
**Corona, CA**

Date(s) debt was incurred _

Last 4 digits of account number **2883**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mildred Shields**
**3029 Prospect Ave**
**Kansas City, MO 64128-1530**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Minh-Ngoc Nguyen**
**31 Arnold Way**
**Irvine, CA 92602**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Morgan Stanley FBO**
**Andrea Collins IRA**
**2139 Alpine View Drive**
**Rescue, CA 95672**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MSSB C/F Daniel Stone**
**3 Capstone**
**Irvine, CA 92606**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.110** Nonpriority creditor's name and mailing address

**Northern Trust Company**
**FBO Ron Dearden IRA**
**424 Camino Bandera**
**San Clemente, CA 92673**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

**O Glenetta Taylor**
**3629 So. Harris**
**Independence, MO 64052**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

**Ohio National Financial Services**
**FBO Joseph Piatczyc IRA**
**172 E. Basswood Ct**
**Lees Summit, MO 64064**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address

**Olla Saglime**
**3196 S 2000 E**
**Salt Lake City, UT 84109-2460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address

**Opera Pacific**
**Karen Sue Naylor, Chapter 7 Trustee**
**4343 Von Karman Avenue**
**Suite 300**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **American Sterling Corporation**

Name

Case number (if known) _____

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patricia B Johnson**
**4955 Lindell Rd Apt 108**
**Las Vegas, NV 89118-1371**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patricia L Shelden**
**15117 Todd Way**
**Oklahoma City, OK 73170-7523**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patricia Larson**
**15772 Bluebird Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Patricia Mesik**
**1608 Weatherstone**
**Blue Springs, MO 64015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Prudential FBO Madelyn Jeziorek**
**17927 Culross Ln**
**Charlotte, NC 28278**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:  Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.120** | **Nonpriority creditor's name and mailing address**

**Randal B Dodge**
**3800 Miramontes Circle**
**Wellington, FL 33414**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.121** | **Nonpriority creditor's name and mailing address**

**Rebecca M Slattery**
**9515 W 60th St**
**Merriam, KS 66203-3115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.122** | **Nonpriority creditor's name and mailing address**

**Rebekah Phillips**
**PO Box 1120**
**Weimar, CA 95736**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.123** | **Nonpriority creditor's name and mailing address**

**Redlands Unified School District**
**20 W. Lugonia Avenue**
**Attn: Ken S. Morse, Reg. Agent**
**Redlands, CA 92374-2234**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.124** | **Nonpriority creditor's name and mailing address**

**Robert M. Anguiano**
**6244 Palm Avenue**
**Whittier, CA 90601-3139**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robin D Scott**
**9819 Wallace Ave.**
**Kansas City, MO 64134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robyn Blackwell**
**409 Cantor**
**Irvine, CA 92620-3840**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roger Le**
**24 El Morro**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rosy Briones**
**15419 Dalwood Ave**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Roze Ann Rittel**
**2909 Vista Court**
**Independence, MO 64057**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **American Sterling Corporation**                    Case number (if known) _____
          Name

| | |
|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** |

3.130  **Nonpriority creditor's name and mailing address**

**Sandra L Holst**
**214 Savannah River Dr.**
**Summerville, SC 29485-8949**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.131  **Nonpriority creditor's name and mailing address**

**Sarah Wolf Larios**
**15758 Willow Dr**
**Fontana, CA 92337**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.132  **Nonpriority creditor's name and mailing address**

**Sasipen Tangjaiburana**
**13834 SE 10th St**
**Bellevue, WA 98005-3718**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.133  **Nonpriority creditor's name and mailing address**

**Scarlett Desta**
**4650 Kester Avenue**
**Apt. 204**
**Sherman Oaks, CA 91403-2597**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purpose Only**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.134  **Nonpriority creditor's name and mailing address**

**Screen Actors Guild Inc.**
**5757 Wilshire Boulevard**
**Los Angeles, CA 90036**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

---

3.135  **Nonpriority creditor's name and mailing address**

**Shannon Richards**
**15218 W. 83rd Ter**
**Lenexa, KS 66219**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Shannyn Yasui**
**2202 East Hoover Ave**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharon Mojica**
**2861 Caspian Ave**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharon Riddle**
**120 N. Oxford**
**Independence, MO 64053**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharon Thompson**
**11211 West 106th Place**
**Westminster, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharon Van Thillo**
**408 Ave. Presidio**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Shauna A Ortiz**
**1018 Begonia Avenue**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Shawna M Taylor**
**10728 Fuller Ave**
**Kansas City, MO 64134-2603**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Sherri Hill**
**15170 Melrose St.**
**Overland Park, KS 66221**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Shirley Cawed**
**11244 Adoree St**
**Norwalk, CA 90650**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Stacey Howard**
**621 19th Street, Apt C**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stacey Minton**
**900 NE Kenwood Dr**
**Lees Summit, MO 64064-1761**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Stacie J Johnson**
**20 Flying F Dr.**
**Palm Desert, CA 92260-6415**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State of Indiana (Marion County)**
**Department of Revenue**
**100 N. Senate Ave**
**IGCN Rm N105**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State of Michigan (Ingham County)**
**Department of Treasury**
**Lansing, MI 48922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State of Mississippi**
**(Madison County)**
**500 Clinton Center Dr**
**Clinton, MS 39056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**State of Pennsylvania**
**(Dauphin County)**
**Department of Revenue**
**P.O. Box 280427**
**Harrisburg, PA 17128-0427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **American Sterling Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State of Tennessee
(Dandson County)
500 Deaderick Street
Nashville, TN 37242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stephen N Corbin
6225 Morningside Drive
Kansas City, MO 64113**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steve Hull
1015 Canterbury Drive
Burlington, IA 52601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Suzanne E Sherman
909 NE Michael Drive
Lees Summit, MO 64086**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tamara E Boman
1731 NW 10h St
Blue Springs, MO 64015**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **American Sterling Corporation**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Tammy Butler**
**319 SE Douglas, Apt 203**
**Lees Summit, MO 64063**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Tammy Mills**
**28401 Los Alisos Blvd, #6214**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Tammy West**
**815 Scarlet Oak Dr**
**Monroe, MI 48162**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**TCF National Bank**
**FBO Kimberly Nunez IRA**
**31 Copperstone Lane**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Terra Cronk**
**241 W. Center St.**
**Peculiar, MO 64078**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terri Johnson**
**817 N. Woodlawn Rd**
**Spokane, WA 99216-0937**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terri-Lynn Martin**
**1386 Orinda Place**
**Escondido, CA 92029**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas H. Casey, Ch 7 Trustee**
**In re Lawrence Keith Dodge**
**Case No. 8:13-bk-11037 ES**
**22342 Avenida Empresa, Ste. 245**
**Rancho Santa Margarita, CA 92688**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thy Vo**
**23592 Windsong # 33D**
**Aliso Viejo, CA 92656**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tiffany Mammen**
**12818 W Caraveo Pl**
**Peoria, AZ 85383-8061**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.167** | Nonpriority creditor's name and mailing address
Tiffany R Jarvis
11586 Holmes Road Apt. 102
Kansas City, MO 64131

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.168** | Nonpriority creditor's name and mailing address
Timothy Seals
9411 E. 37th St
Kansas City, MO 64133-1164

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.169** | Nonpriority creditor's name and mailing address
Toni Pine
2407 NW 8th St.
Blue Springs, MO 64015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.170** | Nonpriority creditor's name and mailing address
University of California at Irvine
510 Aldrich Hall #5
Attn: Howard Gillman, Chancellor
Irvine, CA 92697-0001

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Purposes Only**

Is the claim subject to offset? ■ No   ☐ Yes

---

**3.171** | Nonpriority creditor's name and mailing address
Valerie O
3285 REDWOOD DR
Springfield, OR 97478

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **American Sterling Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.172** | Nonpriority creditor's name and mailing address

**VFTC FBO Charlotte Imai**
**5609 Richmond Ct**
**Milton, FL 32571**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.173** | Nonpriority creditor's name and mailing address

**Victoria D Prismantas**
**353 Grove St.**
**Sierra Madre, CA 91024-1009**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.174** | Nonpriority creditor's name and mailing address

**Virginia Struewe**
**3106 Gateway Drive**
**Independence, MO 64055**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175** | Nonpriority creditor's name and mailing address

**Vitalee Piccinini**
**505 SW Creek Ridge Dr**
**Grain Valley, MO 64029**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176** | Nonpriority creditor's name and mailing address

**Wells Fargo FBO Elizabeth Ortega**
**1014 E. Russell Avenue**
**Santa Ana, CA 92707**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | American Sterling Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wendi Hall**
**707 South Lemon**
**Anaheim, CA 92805**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**William Weigand**
**551 S Lemon St**
**Anaheim, CA 92805-4623**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yvonne Ketchum**
**21080 Eagles Nest Dr.**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Notice for Information only.**

**Participant in American Sterling Corporation Employee Stock Ownership Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Cathrine Castaldi, Esq.**<br>**Brown Rudnick LLP**<br>**2211 Michelson Dr., 7th Fl**<br>**Irvine, CA 92612** | Line  **3.164**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Scarlette Desta aka Linda Thompson**<br>**175 Rainbow Drive**<br>**Livingston, TX 77399** | Line  **3.133**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name    **American Sterling Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Document storage.** | |
| State the term remaining — **Month to Month** | **GRM Document Management**<br>**4109 Boyce Road**<br>**Fremont, CA 94538** |
| List the contract number of any government contract — **Acct # 09101438** | |

**Fill in this information to identify the case:**

Debtor name  **American Sterling Corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____  City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 | _____ | Street _____  City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 | _____ | Street _____  City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 | _____ | Street _____  City    State    Zip Code | _____ | ☐ D ☐ E/F ☐ G |

Fill in this information to identify the case:

Debtor name  **American Sterling Corporation**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 16, 2020**   X _____
Signature of individual signing on behalf of debtor

**Robert P. Mosier**
Printed name

**President**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **American Sterling Corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Non-business revenue (liquidation of assets)** | **$135,526.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
    and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
    filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
    and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.    **See Attached.** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **American Sterling Corporation** | Case number *(if known)* | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See Attached.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **American Sterling Corporation** | Case number *(if known)* |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | 1/31/2020 - $3,795.00<br>3/18/2020 - $4,715.00<br>4/07/2020 - $3,683.50<br>5/04/2020 - $1,112.00<br>5/22/2020 - $7,059.50<br>7/14/2020 - $4,865.00<br>7/31/2020 - $8,201.00<br>8/10/2020 - $6,046.50<br>9/10/2020 - $21,048.30<br>10/16/2020 - $3,934.00<br>11/13/2020 - $6,641.50<br>11/17/20 - $15,451.30 | |
| | **Ringstad & Sanders LLP**<br>**4343 Von Karman Avenue**<br>**Suite 300**<br>**Newport Beach, CA 92660** | | | $86,552.60 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor    **American Sterling Corporation**                                      Case number *(if known)*

☐ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1.    **See SOFA Attachment No.<br>4.1.** | | | $0.00 |
| **Relationship to debtor** | | | |

---

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **American Sterling Corporation** | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **GRM Document Management 4109 Boyce Road Fremont, CA 94538** | **Aurora Bloom, Agent Nancy Michenaud, Agent Robert P. Mosier, President** | **Books and Records** | ☐ No<br>■ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **American Sterling Corporation Employee Stock Ownership Plan** | **Eastwest Bank or Plan Participants** | **American Sterling Corporation Employee Stock Plan, an ERISA qualified plan, whose assets are not assets of the Debtor. The Debtor has facilitated the distribution of the assets of this Plan to Plan participants during the period July - October 2020 and provides this information for disclosure purposes only.** | **$67.37** |

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **American Sterling Corporation**                          Case number *(if known)*

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or descr bes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **See  Schedule A/B Attachment Part 11 No. 77 - No. 2 Re Dissolved Subsidiaries** | | **EIN:**<br><br>**From-To** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Mosier & Company Inc.**<br>**3151 Airway Avenue**<br>**Suite A1**<br>**Costa Mesa, CA 92626** | **2015 to date** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

| Debtor | American Sterling Corporation | Case number *(if known)* | |

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Mosier & Company, Inc.**<br>**3151 Airway Avenue**<br>**Suite A1**<br>**Costa Mesa, CA 92626** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **U.S. Department of Labor**<br>**200 Constitution Ave NW**<br>**Washington, DC 20210** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert P. Mosier | 3151 Airway Ave<br>Suite A1<br>Costa Mesa, CA 92626 | President/Sole Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Thomas H. Casey, Trustee | 22342 Avenida Empresa<br>Suite 245<br>Rancho Santa Margarita, CA 92688 | Trustee for Chapter 7 Estate of Lawrence Dodge | Controlling Shareholder |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    American Sterling Corporation _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | See SOFA Attachment No. 4.1. | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

Name of the parent corporation

Debtor is the parent corporation of the consolidated group. **See Schedule A/B Attachment re Part 11 - No. 77 Answer No. 2.**

Employer Identification number of the parent corporation

EIN: _____

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☒ Yes. Identify below.

Name of the pension fund

American Sterling Corporation Employee Stock Ownership Plan. **See SOFA Attachment re Part 6 - No 13.**

Employer Identification number of the parent corporation

EIN:    33-0072581

---

**Part 14:    Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 16, 2020**

_____      **Robert P. Mosier**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

**AMERICAN STERLING CORPORATION**
**CHECK REGISTER**
**August 18, 2020 to November 16, 2020**

| PAYEE | DATE | CHECK NO. | AMOUNT |
|---|---|---|---|
| FEDERAL EXPRESS | 8/18/2020 | 9343 | 52.30 |
| JACKSON LEWIS P.C. | 8/20/2020 | 9344 | 4,650.00 |
| JACKSON LEWIS P.C. | 8/20/2020 | 9353 | 30.00 |
| MOSIER & CO., INC. | 9/8/2020 | 9345 | 4,165.00 |
| CRAIG COLLINS | 9/8/2020 | 9346 | 6,667.00 |
| NANCY MICHENAUD | 9/8/2020 | 9347 | 3,289.00 |
| AURORA BLOOM | 9/8/2020 | 9348 | 1,183.40 |
| MOSIER & CO., INC. | 9/8/2020 | 9349 | 15.00 |
| MOSIER & CO., INC. | 9/8/2020 | 9350 | 204.65 |
| RINGSTAD & SANDERS LLP | 9/8/2020 | 9351 | 21,048.30 |
| GUARANTEE RECORDS MANAGEMENT | 9/8/2020 | 9352 | 182.67 |
| JACKSON LEWIS P.C. | 9/25/2020 | 9354 | 2,281.50 |
| GUARANTEE RECORDS MANAGEMENT | 10/5/2020 | 9355 | 187.26 |
| MOSIER & CO., INC. | 10/8/2020 | 9356 | 977.50 |
| CRAIG COLLINS | 10/8/2020 | 9357 | 2,389.50 |
| NANCY MICHENAUD | 10/8/2020 | 9358 | 1,837.00 |
| AURORA BLOOM | 10/8/2020 | 9359 | 793.00 |
| MOSIER & CO., INC. | 10/8/2020 | 9360 | 211.95 |
| JACKSON LEWIS P.C. | 10/8/2020 | 9361 | 2,866.50 |
| RINGSTAD & SANDERS LLP | 10/8/2020 | 9362 | 3,934.00 |
| AURORA BLOOM | 10/16/2020 | 9363 | 347.70 |
| NANCY MICHENAUD | 10/16/2020 | 9364 | 2,156.00 |
| KIECKHAFER, SCHIFFER, & COMPANY, LLP | 10/20/2020 | 9365 | 493.00 |
| GUARANTEE RECORDS MANAGEMENT | 11/3/2020 | 9366 | 369.93 |
| GUARANTEE RECORDS MANAGEMENT | 11/3/2020 | 9366 | 187.26 |
| MOSIER & CO., INC. | 11/4/2020 | 9367 | 1,232.50 |
| CRAIG COLLINS | 11/4/2020 | 9368 | 531.00 |
| NANCY MICHENAUD | 11/4/2020 | 9369 | 187.00 |
| AURORA BLOOM | 11/4/2020 | 9370 | 97.60 |
| MOSIER & CO., INC. | 11/4/2020 | 9371 | 28.30 |
| MOSIER & CO., INC. | 11/10/2020 | 9372 | 1,615.00 |
| CRAIG COLLINS | 11/10/2020 | 9373 | 1,740.50 |
| NANCY MICHENAUD | 11/10/2020 | 9374 | 1,089.00 |
| AURORA BLOOM | 11/10/2020 | 9375 | 335.50 |
| MOSIER & CO., INC. | 11/10/2020 | 9376 | 10.20 |
| RINGSTAD & SANDERS LLP | 11/12/2020 | 9377 | 6,641.50 |
| JACKSON LEWIS P.C. | 11/12/2020 | 9378 | 4,504.50 |
| JACKSON LEWIS P.C. | 11/12/2020 | 9379 | 877.50 |
| RINGSTAD & SANDERS LLP | 11/16/2020 | 9380 | 50,000.00 |

SOFA NO. 3.1

# AMERICAN STERLING CORPORATION
## CHECK REGISTER
## August 18, 2020 to November 16, 2020

| PAYEE | DATE | CHECK NO. | AMOUNT |
|-------|------|-----------|--------|

**TOTAL** **129,409.52**

# AMERICAN STERLING CORPORATION - ESOI
## Check Register
### November 16, 2019 to November 16, 202

| PAYEE | DATE | CHECK NO. | AMOUNT | UNCLAIMED FUNDS TURNED OVER |
|---|---|---|---|---|
| Void | 7/9/2020 | 2000 | 0.00 | |
| Void | 7/9/2020 | 2001 | 0.00 | |
| Kathryn Applequist | 7/29/2020 | 2002 | 1,110.28 | |
| Lizabeth Ball | 7/29/2020 | 2003 | 815.91 | |
| Tammy Butler | 7/29/2020 | 2004 | 1,496.51 | |
| Janice Byrd | 7/29/2020 | 2005 | 585.91 | |
| Cristina castro | 7/29/2020 | 2006 | 480.17 | |
| Shirley Cawed | 7/29/2020 | 2007 | 323.10 | |
| Denice coffey | 7/29/2020 | 2008 | 1,650.50 | |
| Morgan Stanley fbo Andrea Collins | 7/29/2020 | 2009 | 2,159.27 | |
| Denise Davis | 7/29/2020 | 2010 | 438.52 | |
| Northern Trust Company fbo Ron Dearden | 7/29/2020 | 2011 | 6,327.82 | |
| John Hancock Life Ins Co. fbo Susie Deherrera | 7/29/2020 | 2012 | 1,283.68 | |
| James Flynn | 7/29/2020 | 2013 | 4,486.46 | |
| Leslie Gall | 7/29/2020 | 2014 | 638.60 | |
| Heather Guimond | 7/29/2020 | 2015 | 733.02 | |
| Wendi Hall | 7/29/2020 | 2016 | 4,550.22 | |
| Cynthia Han | 7/29/2020 | 2017 | 1,451.69 | |
| Sherri Hill | 7/29/2020 | 2018 | 638.82 | |
| Donica Holt | 7/29/2020 | 2019 | 21.47 | |
| Stacey Howard | 7/29/2020 | 2020 | 2,238.01 | |
| Cassandra Hughes | 7/29/2020 | 2021 | 457.12 | |
| Steve Hull | 7/29/2020 | 2022 | 5,310.52 | |
| Glendon Humphrey | 7/29/2020 | 2023 | 2,350.77 | |
| VFTC fbo Charlotte Imai | 7/29/2020 | 2024 | 1,159.70 | |
| Prudential fbo Madelyn Jezorek | 7/29/2020 | 2025 | 1,096.01 | |
| Yvonne Ketchum | 7/29/2020 | 2026 | 1,039.76 | |
| Katrina Kuhns-Blankenship | 7/29/2020 | 2027 | 248.22 | |
| Merrill Lynch IRA fbo Courtney Kuruma | 7/29/2020 | 2028 | 1,492.50 | |
| Edward Jones fbo Pamela Lampe IRA | 7/29/2020 | 2029 | 508.11 | |
| Void | 7/29/2020 | 2030 | 0.00 | |
| Debra Leakey | 7/29/2020 | 2031 | 404.74 | |
| Martplan Insurance Agency fbo Kwan lee | 7/29/2020 | 2032 | 2,904.02 | |
| Barbara Maggard | 7/29/2020 | 2033 | 432.78 | |
| Terri-Lynn Martin | 7/29/2020 | 2034 | 5,308.22 | |
| Michelle McDonagh | 7/29/2020 | 2035 | 976.14 | |
| Patricia Mesik | 7/29/2020 | 2036 | 548.02 | |
| Tammy Mills | 7/29/2020 | 2037 | 1,552.58 | |
| Damian Munoz | 7/29/2020 | 2038 | 730.70 | |
| Void | 7/29/2020 | 2039 | 0.00 | |
| Valerio O | 7/29/2020 | 2040 | 635.17 | |
| Wells Fargo fbo Elizabeth Ortega | 7/29/2020 | 2041 | 1,597.59 | |
| Rebekah Phillips | 7/29/2020 | 2042 | 728.87 | |
| Ohio National Financial Services fbo Joseph Piatczyc | 7/29/2020 | 2043 | 6,199.09 | |
| Vitalee piccinni | 7/29/2020 | 2044 | 214.54 | |
| Toni Pine | 7/29/2020 | 2045 | 583.85 | |
| Debbie Quint | 7/29/2020 | 2046 | 544.26 | |
| Joyce Reed | 7/29/2020 | 2047 | 859.22 | |
| Alicia Rendon | 7/29/2020 | 2048 | 1,415.26 | |
| Shannon Richards | 7/29/2020 | 2049 | 1,240.08 | |

| | | | |
|---|---|---|---|
| John Riddle | 7/29/2020 | 2050 | 890.62 |
| Sharon Riddle | 7/29/2020 | 2051 | 1,031.99 |
| Roze Abb Rittel | 7/29/2020 | 2052 | 632.69 |
| JHTC fbo Laurie Rush IRA | 7/29/2020 | 2053 | 2,318.03 |
| Mark Schneider | 7/29/2020 | 2054 | 427.13 |
| Lynette Seegraves | 7/29/2020 | 2055 | 2,638.23 |
| Christopher Spellman | 7/29/2020 | 2056 | 1,166.86 |
| MSSB c/f Daniel Stone | 7/29/2020 | 2057 | 1,002.40 |
| Virginia Struewe | 7/29/2020 | 2058 | 634.80 |
| Diana Taylor | 7/29/2020 | 2059 | 6.44 |
| O Glenetta Tylor | 7/29/2020 | 2060 | 1,499.13 |
| Janice Thrower | 7/29/2020 | 2061 | 1,907.95 |
| Merrill fbo Brian Tilton IRA | 7/29/2020 | 2062 | 3,151.74 |
| Jenna Vanderhoof | 7/29/2020 | 2063 | 1,553.38 |
| Tammy West | 7/29/2020 | 2064 | 559.22 |
| Byron Winings | 7/29/2020 | 2065 | 6,115.98 |
| Aubury Adair | 7/30/2020 | 2066 | 701.01 |
| Lisa Alumbaugh | 7/30/2020 | 2067 | 380.40 |
| Robert Anguiano | 7/30/2020 | 2068 | 189.07 |
| Gwenda Berry | 7/30/2020 | 2069 | 12.91 |
| John Beyers | 7/30/2020 | 2070 | 6.48 |
| Robyn Blackwell (now Webb) | 7/30/2020 | 2071 | 400.86 |
| Void | 7/30/2020 | 2072 | 0.00 |
| Void | 7/30/2020 | 2073 | 0.00 |
| IRS - EFTPS Payment of Taxes Withheld - Wire | 7/30/2020 | 2074 | 15,040.11 |
| Debbie Brown | 7/30/2020 | 2075 | 183.91 |
| Void | 7/30/2020 | 2076 | 0.00 |
| Michael Celaya | 7/30/2020 | 2077 | 239.75 |
| Jennifer coffman | 7/30/2020 | 2078 | 215.53 |
| Void | 7/30/2020 | 2079 | 0.00 |
| Johnna Cox | 7/30/2020 | 2080 | 296.17 |
| Kerrie Davidson | 7/30/2020 | 2081 | 461.48 |
| Carolyn Denton | 7/30/2020 | 2082 | 598.80 |
| Joannie Devall | 7/30/2020 | 2083 | 326.90 |
| Jonathan Dunn | 7/30/2020 | 2084 | 468.98 |
| Danika Eberhart | 7/30/2020 | 2085 | 470.27 |
| Void | 7/30/2020 | 2086 | 0.00 |
| Lance Frederiksen | 7/30/2020 | 2087 | 266.06 |
| Void | 7/30/2020 | 2088 | 0.00 |
| Mark Guimont | 7/30/2020 | 2089 | 421.92 |
| Void | 7/30/2020 | 2090 | 0.00 |
| Laura Davis (Previously Harp) | 7/30/2020 | 2091 | 765.37 |
| Shelley Herrman | 7/30/2020 | 2092 | 259.48 |
| Void | 7/30/2020 | 2093 | 0.00 |
| Gale Howard | 7/30/2020 | 2094 | 733.18 |
| Lori Ann Hudson | 7/30/2020 | 2095 | 13.93 |
| Janine Inlow | 7/30/2020 | 2096 | 145.16 |
| Void | 7/30/2020 | 2097 | 0.00 |
| Karen Jameson | 7/30/2020 | 2098 | 560.74 |
| Patricia Johnson | 7/30/2020 | 2099 | 441.53 |
| Void | 7/30/2020 | 2100 | 0.00 |
| Void | 7/30/2020 | 2101 | 0.00 |
| Void | 7/30/2020 | 2102 | 0.00 |
| Sarah Larios | 7/30/2020 | 2103 | 8.60 |
| Void | 7/30/2020 | 2104 | 0.00 |
| Christopher Lay | 7/30/2020 | 2105 | 734.73 |
| Roger Le | 7/30/2020 | 2106 | 782.15 |
| Chelsey Leathermn | 7/30/2020 | 2107 | 221.74 |
| Kelly madorin | 7/30/2020 | 2108 | 420.22 |

Page 2 of 4

| | | | |
|---|---|---|---:|
| Tiffany Mammen | 7/30/2020 | 2109 | 149.87 |
| Melissa Martin | 7/30/2020 | 2110 | 609.54 |
| Void | 7/30/2020 | 2111 | 0.00 |
| Stacey Minton | 7/30/2020 | 2112 | 135.83 |
| Void | 7/30/2020 | 2113 | 0.00 |
| Sharon Mojica | 7/30/2020 | 2114 | 526.40 |
| Carol Mosley | 7/30/2020 | 2115 | 279.06 |
| Dee Ann Myers | 7/30/2020 | 2116 | 21.47 |
| Minh-Ngoc Nguyen | 7/30/2020 | 2117 | 309.21 |
| Shauna Ortiz | 7/30/2020 | 2118 | 8.63 |
| Void | 7/30/2020 | 2119 | 0.00 |
| Jennelle post | 7/30/2020 | 2120 | 759.82 |
| Void | 7/30/2020 | 2121 | 0.00 |
| Olia Saglime | 7/30/2020 | 2122 | 197.64 |
| Void | 7/30/2020 | 2123 | 0.00 |
| Void | 7/30/2020 | 2124 | 0.00 |
| Void | 7/30/2020 | 2125 | 0.00 |
| Michel Seeschrist | 7/30/2020 | 2126 | 682.31 |
| Void | 7/30/2020 | 2127 | 0.00 |
| Void | 7/30/2020 | 2128 | 0.00 |
| Void | 7/30/2020 | 2129 | 0.00 |
| Void | 7/30/2020 | 2130 | 0.00 |
| Void | 7/30/2020 | 2131 | 0.00 |
| Void | 7/30/2020 | 2132 | 0.00 |
| Void | 7/30/2020 | 2133 | 0.00 |
| Brittany Tierney | 7/30/2020 | 2134 | 5.37 |
| Void | 7/30/2020 | 2135 | 0.00 |
| Void | 7/30/2020 | 2136 | 0.00 |
| Void | 7/30/2020 | 2137 | 0.00 |
| Void | 7/30/2020 | 2138 | 0.00 |
| Void | 7/30/2020 | 2139 | 0.00 |
| Carrie Wilson | 7/30/2020 | 2140 | 367.14 |
| Julie Wuenschel (now Bradshaw) | 7/30/2020 | 2141 | 5.37 |
| IRS - EFTPS Payment of Taxes Withheld - Wire | 7/29/2020 | 2142 | 5,814.12 |
| Millennium Trust Co fbo Janet Beyers | 8/10/2020 | 2143 | 1,132.45 |
| Millennium Trust Co fbo Chris Browning | 8/10/2020 | 2144 | 2,864.19 |
| Millennium Trust Co fbo Cristina Cannalonga | 8/10/2020 | 2145 | 1,390.71 |
| Millennium Trust Co fbo Patricia Larson | 8/10/2020 | 2146 | 1,232.15 |
| Millennium Trust Co fbo Robin Scott | 8/10/2020 | 2147 | 2,444.41 |
| Millennium Trust Co fbo Michael Thompson | 8/10/2020 | 2148 | 5,535.27 |
| Millennium Trust Co fbo Sharon Van Thillo | 8/10/2020 | 2149 | 1,026.95 |
| Millennium Trust Co fbo Betty Bachicha | 8/10/2020 | 2150 | 155.65 |
| Millennium Trust Co fbo Tamara Boman | 8/10/2020 | 2151 | 710.72 |
| Millennium Trust Co fbo Terra Cronk | 8/10/2020 | 2152 | 480.05 |
| Millennium Trust Co fbo Lin Dai-Morris | 8/10/2020 | 2153 | 432.94 |
| Millennium Trust Co fbo Randal Dodge | 8/10/2020 | 2154 | 1,597.50 |
| Millennium Trust Co fbo Margaret Flinn | 8/10/2020 | 2155 | 380.17 |
| Millennium Trust Co fbo Elaine Gerken | 8/10/2020 | 2156 | 238.85 |
| Millennium Trust Co fbo Deborah Hedderly | 8/10/2020 | 2157 | 508.22 |
| Millennium Trust Co fbo Sandra Hoist | 8/10/2020 | 2158 | 1,111.80 |
| Millennium Trust Co fbo Stacie Johnson | 8/10/2020 | 2159 | 295.36 |
| Millennium Trust Co fbo Christine Kerr | 8/10/2020 | 2160 | 11.80 |
| Millennium Trust Co fbo Gary Lowe | 8/10/2020 | 2161 | 2,723.61 |
| Millennium Trust Co fbo Elaine Hadalin | 8/10/2020 | 2162 | 558.81 |
| American Century Investor fbo Sandra Langum | 8/26/2020 | 2163 | 741.79 |

| | | | Amount per Participant |
|---|---|---|---:|
| Millennium Trust Co - Unclaimed Funds Turned Over | 10/16/2020 | 2164 | 10,997.03 |
| Kimberly Nunez | | | 1,889.43 |
| Rosy Briones | | | 445.01 |

| | |
|---|---:|
| Craig Brotman | 472.14 |
| Alice Campbell | 481.30 |
| Stephen Corbin | 8.63 |
| Gayle M. Foster | 776.75 |
| Annette Gomez | 694.20 |
| Cassandra Hamilton (now Baird) | 299.71 |
| Sasipen Tangiaburana | 20.43 |
| Amy J. Hoskins | 179.58 |
| Tiffany R. Jarvis | 11.84 |
| Terri Johnson | 417.50 |
| Cassandra S. Jones | 383.25 |
| Kelli A. Kandow | 3.22 |
| Erin Ann Lathrom | 3.23 |
| Cheryle L. Miller | 371.23 |
| Beverlee J. Mock | 18.28 |
| Angelica Fuentes Pita | 410.80 |
| Victoria D. Pismantas | 205.79 |
| Annette M. Schwab | 8.60 |
| Menka Z. Scott | 16.10 |
| Timothy Seals | 347.56 |
| Patricia L. Shelden | 12.85 |
| Suzanne E. Sherman | 634.74 |
| Mildred Shields | 254.38 |
| Rebecca M. Slattery | 535.38 |
| Brenda Solano | 19.36 |
| Shawna M. Taylor | 211.39 |
| Cathy Trusler | 212.69 |
| Lara Van Asten | 312.92 |
| Thy Vo | 557.46 |
| Denise Voith | 521.82 |
| William Weigand | 259.46 |

| **TOTAL DISBURSEMENTS** | **169,714.04** |
|---|---:|

| **BALANCE IN ACCOUNT** | **67.37** |
|---|---:|

**AMERICAN STERLING CORPORATION**
**PAYMENTS MADE TO AURORA BLOOM - BOOKKEEPING**
**November 16, 2019 to November 16, 2020**

| DATE | CHECK NO. | AMOUNT | | BRIEF DESCRIPTION |
|---|---|---|---|---|
| 11/26/2019 | 9250 | 298.90 | | SEPTEMBER 2019 FEES |
| 11/26/2019 | 9250 | 231.80 | | OCTOBER 2019 FEES |
| 12/23/2019 | 9262 | 408.70 | | NOV 2019 FEES |
| 1/28/2020 | 9269 | 469.70 | | DECEMBER 2019 FEES |
| 3/10/2020 | 9284 | 451.40 | | JANUARY 2020 FEES |
| 4/1/2020 | 9292 | 677.10 | | FEB 2020 FEES |
| 4/30/2020 | 9304 | 427.00 | | MARCH 2020 FEES |
| 7/7/2020 | 9319 | 164.70 | | MAY 2020 FEES |
| 7/28/2020 | 9330 | 793.00 | | JUNE 2020 FEES |
| 8/5/2020 | 9340 | 384.30 | | JULY 2020 FEES |
| 9/8/2020 | 9348 | 1,183.40 | | AUGUST 2020 FEES |
| 10/8/2020 | 9359 | 793.00 | | SEPTEMBER 2020 FEES |
| 10/16/2020 | 9363 | 347.70 | | OCTOBER 1-16, 2020 FEES |
| 11/4/2020 | 9370 | 97.60 | | OCTOBER 17-31, 2020 FEES |
| 11/10/2020 | 9375 | 335.50 | | NOVEMBER 1-15, 2020 FEES |
| **TOTAL** | | **$      7,063.80** | | |

**AMERICAN STERLING CORPORATION**
**PAYMENTS MADE TO CRAIG M. COLLINS, CPA**
**November 16, 2019 to November 16, 2020**

| DATE | CHECK NO. | AMOUNT | | BRIEF DESCRIPTION |
|---|---|---|---|---|
| 11/26/2019 | 9248 | 737.50 | | SEPTEMBER 2019 FEES |
| 11/26/2019 | 9248 | 2,360.00 | | OCTOBER 2019 FEES |
| 12/23/2019 | 9260 | 3,510.50 | | NOV 2019 FEES |
| 1/28/2020 | 9267 | 2,625.50 | | DECEMBER 2019 FEES |
| 3/10/2020 | 9282 | 3,953.00 | | JANUARY 2020 FEES |
| 4/1/2020 | 9290 | 2,537.00 | | FEB 2020 FEES |
| 4/30/2020 | 9302 | 914.50 | | MARCH 2020 FEES |
| 5/19/2020 | 9308 | 1,475.00 | | APRIL 2020 FEES |
| 7/7/2020 | 9317 | 826.00 | | MAY 2020 FEES |
| 7/28/2020 | 9328 | 3,186.00 | | JUNE 2020 FEES |
| 8/5/2020 | 9338 | 1,357.00 | | JULY 2020 FEES |
| 9/8/2020 | 9346 | 6,667.00 | | AUGUST 2020 FEES |
| 10/8/2020 | 9357 | 2,389.50 | | SEPTEMBER 2020 FEES |
| 11/4/2020 | 9368 | 531.00 | | OCTBOER 2020 FEES |
| 11/10/2020 | 9373 | 1,740.50 | | NOVEMBER 1-15, 2020 FEES |

**TOTAL**      $    **34,810.00**

## AMERICAN STERLING CORPORATION
## PAYMENTS MADE TO NANCY MICHENAUD - BOOKKEEPING
### November 16, 2019 to November 16, 2020

| DATE | CHECK NO. | AMOUNT | BRIEF DESCRIPTION |
|------|-----------|--------|-------------------|
| 11/26/2019 | 9249 | 165.00 | SEPTEMBER 2019 FEES |
| 11/26/2019 | 9249 | 187.00 | OCTOBER 2019 FEES |
| 12/23/2019 | 9261 | 319.00 | NOV 2019 FEES |
| 1/28/2020 | 9268 | 583.00 | DECEMBER 2019 FEES |
| 3/10/2020 | 9283 | 385.00 | JANUARY 2020 FEES |
| 4/1/2020 | 9291 | 1,573.00 | FEB 2020 FEES |
| 4/8/2020 | 9298 | 30.00 | FILING FEE STMT of INFO - REIMBURSEMENT |
| 4/30/2020 | 9303 | 176.00 | MARCH 2020 FEES |
| 5/19/2020 | 9309 | 836.00 | APRIL 2020 FEES |
| 7/7/2020 | 9318 | 539.00 | MAY 2020 FEES |
| 7/28/2020 | 9329 | 264.00 | JUNE 2020 FEES |
| 8/5/2020 | 9339 | 4,697.00 | JULY 2020 FEES |
| 9/8/2020 | 9347 | 3,289.00 | AUGUST 2020 FEES |
| 10/8/2020 | 9358 | 1,837.00 | SEPTEMBER 2020 FEES |
| 10/16/2020 | 9364 | 2,156.00 | OCTOBER 1-16, 2020 FEES |
| 11/4/2020 | 9369 | 187.00 | OCTOBER 17-31, 2020 FEES |
| 11/10/2020 | 9374 | 1,089.00 | NOVEBMER 1-15, 2020 FEES |

**TOTAL**          $    **18,312.00**

## AMERICAN STERLING CORPORATION
## PAYMENTS MADE TO MOSIER & CO., INC.
### November 16, 2019 to November 16, 2020

| DATE | CHECK NO. | AMOUNT | BRIEF DESCRIPTION |
|------|-----------|--------|-------------------|
| 11/26/2019 | 9247 | 7,225.00 | SEPT & OCT 2019 FEES |
| 11/26/2019 | 9251 | 5.00 | SEPT/OCT 2019 KG FEES |
| 11/26/2019 | 9252 | 12.60 | SEPT/OCT 2019 COSTS REMBURSEMENT |
| 12/23/2019 | 9259 | 1,955.00 | NOV 2019 FEES |
| 12/23/2019 | 9263 | 11.60 | NOV 2019 COSTS REIMBURSEMENT |
| 1/28/2020 | 9266 | 3,697.50 | DECEMBER 2019 FEES |
| 1/28/2020 | 9270 | 20.00 | DEC 2019 COSTS REIMBURSEMENT |
| 3/10/2020 | 9281 | 5,482.50 | JANUARY 2020 FEES |
| 3/10/2020 | 9285 | 36.87 | JANUARY 2020 COSTS |
| 4/1/2020 | 9289 | 3,357.50 | FEB 2020 FEES |
| 4/1/2020 | 9293 | 18.20 | FEB 2020 COSTS REIMBURSEMENT |
| 4/30/2020 | 9301 | 1,445.00 | MARCH 2020 FEES |
| 4/30/2020 | 9305 | 19.70 | MARCH 2020 COSTS REIMBURSEMENT |
| 5/19/2020 | 9307 | 2,125.00 | APRIL 2020 FEES |
| 5/19/2020 | 9310 | 15.20 | APRIL 2020 COSTS REIMBURSEMENT |
| 7/7/2020 | 9316 | 1,997.50 | MAY 2020 FEES |
| 7/7/2020 | 9320 | 2.00 | MAY 2020 COSTS |
| 7/28/2020 | 9327 | 1,615.00 | JUNE 2020 FEES |
| 7/28/2020 | 9331 | 18.20 | JUNE 2020 COSTS REIMBURSEMENT |
| 8/5/2020 | 9337 | 1,317.50 | JULY 2020 FEES |
| 8/5/2020 | 9341 | 610.25 | JULY 2020 COSTS REIMBURSEMENT |
| 9/8/2020 | 9345 | 4,165.00 | AUGUST 2020 FEES |
| 9/8/2020 | 9349 | 15.00 | AUGUST 2020 COSTS REIMBURSEMENT |
| 9/8/2020 | 9350 | 204.65 | AUGUST 2020 COSTS REIMBURSEMENT |
| 10/8/2020 | 9356 | 977.50 | SEPTEMBER 2020 FEES |
| 10/8/2020 | 9360 | 211.95 | SEPTEMBER 2020 COSTS REIMBURSEMENT |
| 11/4/2020 | 9367 | 1,232.50 | OCTOBER 2020 FEES |
| 11/4/2020 | 9371 | 28.30 | OCTOBER 2020 COSTS REIMBURSEMENT |
| 11/10/2020 | 9372 | 1,615.00 | NOVEMBER 1-15, 2020 FEES |
| 11/10/2020 | 9376 | 10.20 | NOVEMBER 1-15, 2020 COSTS REIMBURSEMENT |

**TOTAL**          **$39,447.22**

American Sterling Corporation
SOFA Attachment re Part 6 – No. 13

In 2002, the American Sterling Corporation Employee Stock Ownership Plan (the "Plan"), was formed for the benefit of eligible employees and their beneficiaries.

The Plan is ERISA qualified.

The assets of the Plan were held in the American Sterling Corporation Employee Stock Ownership Trust (the "ESOT"), which trust maintained a bank account utilizing the American Sterling Corporation tax identification number.

There have been no contributions to the Plan by employees since 2005, and the Plan has been under investigation and audit by the United States Department of Labor (the "DOL") for what the DOL has cited as multiple violations on ERISA.

Under the review of the DOL, the Plan was formally terminated on May 31, 2020.  In connection therewith, the stock of the Debtor held by the Plan/ESOT was redeemed and the sum of $150,000 transferred by the Debtor to the Plan/ESOT bank account on February 26, 2020.  At that time, the sum of $19,711.79 was on deposit in the Plan/ESOT bank account, bringing the total available to Plan participants to approximately $169,700.

Distributions to participants were undertaken between July 2020 and October 2020.  For those participants who could not be located or whose checks were not negotiated prior to the petition date, individual IRAs were established with Millennium Trust Company, with the consent of the DOL.

On September 30, 2020, the DOL issued a final letter closing its investigation given the corrective actions taken by the Debtor on behalf of the ESOT, and the completion of distributions to participants or establishment of IRAs on their behalf.

As of November 16, 2020, the balance in the Plan/ESOT bank account was $67.37.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **American Sterling Corporation**  _____    Case No. _____
                                                    Debtor(s)                          Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ............................................................    $            **34,548.70**

    Prior to the filing of this statement I have received ...........................................    $                 **0.00**

    Balance Due ..............................................................................................................    $            **34,548.70**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

        I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**November 16, 2020**  _____        _____
*Date*                                                  **Nanette D. Sanders**
                                                        *Signature of Attorney*
                                                        **Ringstad & Sanders LLP**
                                                        **4343 Von Karman Avenue**
                                                        **Suite 300**
                                                        **Newport Beach, CA 92660**
                                                        **949 851-7450  Fax: 949 851-6926**
                                                        **nanette@ringstadlaw.com**
                                                        *Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Nanette D. Sanders**
**4343 Von Karman Avenue**
**Suite 300**
Newport Beach, CA 92660
**949 851-7450 Fax: 949 851-6926**
California State Bar Number: 120169 CA
nanette@ringstadlaw.com

FOR COURT USE ONLY

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**American Sterling Corporation**

CASE NO.:

CHAPTER: 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __24__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **November 16, 2020**

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **November 16, 2020**

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

American Sterling Corporation
3151 Airway Avenue
Suite A-1
Costa Mesa, CA 92626


Nanette D. Sanders
Ringstad & Sanders LLP
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660


Adam B. Cantor, Esq.
Jackson Lewis PC
44 South Broaway 14th Fl
White Plains, NY 10601


Alex M Yousefzadeh Esq.
Donaldson & Callif LLP
400 S. Beverly Drive
Suite 400
Beverly Hills, CA 90212


Alice J Campbell
517 N 36th Terrace
Blue Springs, MO 64015


Alicia Rendon
10060 Scott Ave, Apt Q
Whittier, CA 90603


American Century Investor
FBO Sandra Langum IRA
5805 E. 96th Terrace
Kansas City, MO 64134


Amy J Hoskins
17138 E. 39th Street
Independence, MO 64055

Angelica Fuentes Pita
6122 E. Teton Ave
Orange, CA 92867-2413


Annette Gomez
1522 W Marion Way
Santa Ana, CA 92706-1852


Annette M Schwab
16207 Short Ln
Smithville, MO 64089-8142


Aubury Adair
1401 Anna Cir #31
Smithville, MO 64089-7101


Barbara Maggard
2415 SW SPRINGCREEK CT
Blue Springs, MO 64015


Betty Bachicha
301 Cedar Street
Walsenburg, CO 81089


Beverlee J Mock
3668 Descanso St.
Las Vegas, NV 89121


Brenda Solano
4475 Piersons Street
Wheat Ridge, CO 80033-2548

Brittany Tierney
1117 SW Brook Court
Blue Springs, MO 64015


Carol L Mosley
1734 S. Northern
Independence, MO 64052


Carolyn Denton
1107 SW Sunset St
Blue Springs, MO 64015-4915


Carrie Wilson
105 Ranch Dr
Butler, MO 64730-9372


Cassandra Hamilton
310 E Kay St
Lansing, KS 66043


Cassandra Hughes
126 N Carlisle
Independence, MO 64054


Cassandra S Jones
5254 Caliente St.
Las Vegas, NV 89119


Cathrine Castaldi, Esq.
Brown Rudnick LLP
2211 Michelson Dr., 7th Fl
Irvine, CA 92612

Cathy Trusler
PO Box 1296
Liberty, MO 64069-1296


Chapman University
1 University Drive
Attn: Daniel Struppa, Reg. Agent
Orange, CA 92866-1005


Charles Schwab&Co FBO Byron Winings
38 Finca
San Clemente, CA 92672


Chelsey J Leatherman
725 N Laurel St
Gardner, KS 66030-7852


Cheryle L Miller
2503 SW Jackson St
Blue Springs, MO 64015-4035


Chris Browning
2347 Littleton Circle
Costa Mesa, CA 92626


Christine D Kerr
1043 E Butler Dr., Unit D
Phoenix, AZ 85020


Christopher L Lay
10927 N Randolph Avenue
Kansas City, MO 64157

Christopher Spellman
17326 Penrose Lane
Lenexa, KS 66219


Courtney C Kuruma
25611 Creek Dr.
Laguna Hills, CA 92653


Craig Brotman
8 Earthen Ct.
Ladera Ranch, CA 92694-1360


Cristina Cannalonga
422 Brookhaven Circle
Corona, CA 92879


Cristina Castro
6529 San Haroldo Way
Buena Park, CA 90620


Cynthia Han
14469 San Remo Dr
Corona, CA 92880


Damian Munoz
236 S NORWOOD ST
Orange, CA 92869


Danika Eberhart
12362 TOPAZ ST
Garden Grove, CA 92845

Debbie Quint
428 Pierce Hollow St
Raymore, MO 64083


Deborah A Brown
9801 259th St
Mc Louth, KS 66054-5007


Deborah Hedderly
2588 Palentina St.
Henderson, NV 89044-4420


Debra Leakey
7612 Crisp
Kansas City, MO 64138


Dee Ann Myers
2924 SW 16th St
Lees Summit, MO 64081


Denise Coffey
16 Robin Ridge
Aliso Viejo, CA 92656


Denise Davis
18012 Dakota Drive
Independence, MO 64056


Denise Voith
63 Monarch Bay Drive
Monarch Beach, CA 92629

Diana J Taylor
15009 E. 42nd Terrace
Independence, MO 64055


Dodge Trust 1


Edward Jones FBO Pamela Lampe IRA
2166 N.E. Todd George Road
Lees Summit, MO 64086


Elaine Gerken
319 SE Douglas St Apt 103
Lees Summit, MO 64063-2717


Elaine M Nadalin
1456 Carmelita St
Laguna Beach, CA 92651-3114


Erin Ann Lathrom
3715 S. Kiger Road
Independence, MO 64055


Federal Deposit Insurance Corp.
3501 Fairfax Drive
VS-B-7058
Arlington, VA 22226-3599


Fidelity Investments
FBO Donica Holt IRA
1236 SW Creekside Dr.
Lees Summit, MO 64081

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Future Plan/Ascensus, LLC
Attn: Doug Cannon
4999 Louise Dr., Ste. 205
Mechanicsburg, PA 17055


Gale A Howard
2100 NE 114th Ter
Kansas City, MO 64155-1476


Gary S Lowe
5210 Timarron Drive
Scurry, TX 75158


Gayle M Foster
2118 N. Ponca Drive
Independence, MO 64058


Glendon Humphrey
23492 Mtn. Breeze Dr.
Murrieta, CA 92562


GRM Document Management
4109 Boyce Road
Fremont, CA 94538


Gwenda Berry
29256 MISSION TRAIL LN
Valencia, CA 91354

Heather Guimond
26479 Portola
Mission Viejo, CA 92692


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346


Internal Revenue Service
EP Entity Unit
Mail Stop 6273
Ogden, UT 84201-0018


Internal Revenue Service
Attn: EP Customer Service Manager
P.O. Box 2508
Cincinnati, OH 45201


Internal Revenue Service
801 Civic Center Drive West
Santa Ana, CA 92701


James Flynn
11434 Craig
Overland Park, KS 66210


Janet Beyers
612 Rhine Lane
Costa Mesa, CA 92626


Janice Byrd
3018 S Downey Ave
Independence, MO 64055

Janice Thrower
26226 Glendon Lane
Laguna Hills, CA 92653


Janine Inlow
802 N Elm St.
Monroe City, MO 63456-1106


Jenna Vanderhoof
412 Derby St SE
Albany, OR 97322


Jennelle Post
200 Woodhaven Dr.
Smithville, MO 64089


Jennifer Coffman
3534 Lyons Ave
Dickinson, ND 58601-7826


JHTC FBO Laurie Rush IRA
11708 Belmont
Kansas City, MO 64134


Joanie Devall
2209 N Liberty
Independence, MO 64050


John Hancock Life Ins Co
 FBO Susie Deherrera QRP
14684 Starpath Dr.
La Mirada, CA 90638

John J. Beyers
612 Rhine Lane
Costa Mesa, CA 92626


John Riddle
501 Vance St
Plattsburg, MO 64477


Johnna A Cox
412 SW Newport Drive
Blue Springs, MO 64014-7837


Jonathan Dunn
318 Cold Water Ln
Raymore, MO 64083-4506


Joyce Reed
1907 N. Ethan Lane
Independence, MO 64058


Jula L Wuenschel Bradshaw
108 SE Sherri Ln
Blue Springs, MO 64014-5046


Kansas City Art Institute
4415 Warwick Blvd.
Attn: Norman E. Greene, Reg. Agent
Kansas City, MO 64111-1820


Karen S Jameson
14274 W 117th Ct.
Olathe, KS 66062-6612

Kathryn Appelquist
7628 Robinson
Overland Park, KS 66204


Katrina Kuhns-Blankenship
19707 E 15TH ST N
Independence, MO 64056


Kelli A Kandow
211 W 56th St
Aapt 36C
New York, NY 10019-4326


Kelly D Madorin
5937 17th St.
Grantville, KS 66429-9213


Kerrie L Davidson
642 Washington Ln
Waco, TX 76708-7287


Kristina Dodge
c/o Harcourts Prime Properties
3 Monarch Bay Plaza, Ste. 100
Dana Point, CA 92629


Lance Frederiksen
3 Mostaza
Rancho Santa Margarita, CA 92688-1718


Lara Van Asten
306 S Vine St
Louisburg, KS 66053-6420

Laura Harp
708 N Choctaw Ave
Independence, MO 64056-1923


Leslie Gall
3024 Englewood Terrace
Independence, MO 64052


Lin Dai-Morris
c/o Fairway Independent Mortgage
881 Dover Dr., Ste. 110
Newport Beach, CA 92663


Lisa M. Alumbaugh
604 W 38th St N., #2
Independence, MO 64050-1065


Lizabeth Ball
519 Ance Creek Rd
Reeds Spring, MO 65737


Lori Ann Huson
809 NE Bristol Dr.
Lees Summit, MO 64086


Lynette Seegraves
6961 Valencia St
Riverside, CA 92504


Margaret K Flinn
15711 E Independence Ave
Independence, MO 64055

Mark J. Guimont
8659 Jasper Wood Street
Henderson, NV 89074-7048


Mark Schneider
8 Porter
Irvine, CA 92620


Martplan Insurancy Agency
FBO Kwan Lee QRP
2020 Hacienda Road
La Habra, CA 90631


Melissa E Martin
575 Opal Avenue
Hemet, CA 92543-7867


Menka Z Scott
2408 SW Kenwill Dr.
Lees Summit, MO 64082


Merrill FBO Brian Tilton IRA
8 Woodbridge Ct
Trabuco Canyon, CA 92679


Michael Dean Thompson
c/o Sharon Thompson
11211 West 106th Place
Westminister, CO 80021


Michael J Celaya
3942 Cedron
Irvine, CA 92606

Michel K Seechrist
2210 River Run Dr.
Unit 66
San Diego, CA 92108-5812


Michelle Mcdonagh
26703 Spotted Pony Dr
Corona, CA


Mildred Shields
3029 Prospect Ave
Kansas City, MO 64128-1530


Minh-Ngoc Nguyen
31 Arnold Way
Irvine, CA 92602


Morgan Stanley FBO
Andrea Collins IRA
2139 Alpine View Drive
Rescue, CA 95672


MSSB C/F Daniel Stone
3 Capstone
Irvine, CA 92606


Northern Trust Company
FBO Ron Dearden IRA
424 Camino Bandera
San Clemente, CA 92673


O Glenetta Taylor
3629 So. Harris
Independence, MO 64052

Ohio National Financial Services
FBO Joseph Piatczyc IRA
172 E. Basswood Ct
Lees Summit, MO 64064


Olla Saglime
3196 S 2000 E
Salt Lake City, UT 84109-2460


Opera Pacific
Karen Sue Naylor, Chapter 7 Trustee
4343 Von Karman Avenue
Suite 300
Newport Beach, CA 92660


Patricia B Johnson
4955 Lindell Rd Apt 108
Las Vegas, NV 89118-1371


Patricia L Shelden
15117 Todd Way
Oklahoma City, OK 73170-7523


Patricia Larson
15772 Bluebird Lane
Huntington Beach, CA 92649


Patricia Mesik
1608 Weatherstone
Blue Springs, MO 64015


Prudential FBO Madelyn Jeziorek
17927 Culross Ln
Charlotte, NC 28278

Randal B Dodge
3800 Miramontes Circle
Wellington, FL 33414


Rebecca M Slattery
9515 W 60th St
Merriam, KS 66203-3115


Rebekah Phillips
PO Box 1120
Weimar, CA 95736


Redlands Unified School District
20 W. Lugonia Avenue
Attn: Ken S. Morse, Reg. Agent
Redlands, CA 92374-2234


Robert M. Anguiano
6244 Palm Avenue
Whittier, CA 90601-3139


Robin D Scott
9819 Wallace Ave.
Kansas City, MO 64134


Robyn Blackwell
409 Cantor
Irvine, CA 92620-3840


Roger Le
24 El Morro
Rancho Santa Margarita, CA 92688

Rosy Briones
15419 Dalwood Ave
Norwalk, CA 90650


Roze Ann Rittel
2909 Vista Court
Independence, MO 64057


Sandra L Holst
214 Savannah River Dr.
Summerville, SC 29485-8949


Sarah Wolf Larios
15758 Willow Dr
Fontana, CA 92337


Sasipen Tangjaiburana
13834 SE 10th St
Bellevue, WA 98005-3718


Scarlett Desta
4650 Kester Avenue
Apt. 204
Sherman Oaks, CA 91403-2597


Scarlette Desta aka Linda Thompson
175 Rainbow Drive
Livingston, TX 77399


Screen Actors Guild Inc.
5757 Wilshire Boulevard
Los Angeles, CA 90036

Securities Exchange Commission
5670 Wilshire Boulevard
11th Floor
Los Angeles, CA 90036-5627


Shannon Richards
15218 W. 83rd Ter
Lenexa, KS 66219


Shannyn Yasui
2202 East Hoover Ave
Orange, CA 92867


Sharon Mojica
2861 Caspian Ave
Long Beach, CA 90810


Sharon Riddle
120 N. Oxford
Independence, MO 64053


Sharon Thompson
11211 West 106th Place
Westminster, CO 80021


Sharon Van Thillo
408 Ave. Presidio
San Clemente, CA 92672


Shauna A Ortiz
1018 Begonia Avenue
Costa Mesa, CA 92626

Shawna M Taylor
10728 Fuller Ave
Kansas City, MO 64134-2603


Sherri Hill
15170 Melrose St.
Overland Park, KS 66221


Shirley Cawed
11244 Adoree St
Norwalk, CA 90650


Stacey Howard
621 19th Street, Apt C
Huntington Beach, CA 92648


Stacey Minton
900 NE Kenwood Dr
Lees Summit, MO 64064-1761


Stacie J Johnson
20 Flying F Dr.
Palm Desert, CA 92260-6415


State of Indiana (Marion County)
Department of Revenue
100 N. Senate Ave
IGCN Rm N105
Indianapolis, IN 46204


State of Michigan (Ingham County)
Department of Treasury
Lansing, MI 48922

State of Mississippi
(Madison County)
500 Clinton Center Dr
Clinton, MS 39056


State of Pennsylvania
(Dauphin County)
Department of Revenue
P.O. Box 280427
Harrisburg, PA 17128-0427


State of Tennessee
(Dandson County)
500 Deaderick Street
Nashville, TN 37242


Stephen N Corbin
6225 Morningside Drive
Kansas City, MO 64113


Steve Hull
1015 Canterbury Drive
Burlington, IA 52601


Suzanne E Sherman
909 NE Michael Drive
Lees Summit, MO 64086


Tamara E Boman
1731 NW 10h St
Blue Springs, MO 64015


Tammy Butler
319 SE Douglas, Apt 203
Lees Summit, MO 64063

Tammy Mills
28401 Los Alisos Blvd, #6214
Mission Viejo, CA 92692


Tammy West
815 Scarlet Oak Dr
Monroe, MI 48162


TCF National Bank
FBO Kimberly Nunez IRA
31 Copperstone Lane
Mission Viejo, CA 92692


Terra Cronk
241 W. Center St.
Peculiar, MO 64078


Terri Johnson
817 N. Woodlawn Rd
Spokane, WA 99216-0937


Terri-Lynn Martin
1386 Orinda Place
Escondido, CA 92029


Thomas H. Casey, Ch 7 Trustee
In re Lawrence Keith Dodge
Case No. 8:13-bk-11037 ES
22342 Avenida Empresa, Ste. 245
Rancho Santa Margarita, CA 92688


Thy Vo
23592 Windsong # 33D
Aliso Viejo, CA 92656

Tiffany Mammen
12818 W Caraveo Pl
Peoria, AZ 85383-8061


Tiffany R Jarvis
11586 Holmes Road Apt. 102
Kansas City, MO 64131


Timothy Seals
9411 E. 37th St
Kansas City, MO 64133-1164


Toni Pine
2407 NW 8th St.
Blue Springs, MO 64015


U.S. Department of Labor
Los Angeles Regional Office
Olivia R. Metcalfe, Investigator
1055 E Colorado Blvd., Ste. 200
Pasadena, CA 91106-2341


University of California at Irvine
510 Aldrich Hall #5
Attn: Howard Gillman, Chancellor
Irvine, CA 92697-0001


Valerie O
3285 REDWOOD DR
Springfield, OR 97478


VFTC FBO Charlotte Imai
5609 Richmond Ct
Milton, FL 32571

Victoria D Prismantas
353 Grove St.
Sierra Madre, CA 91024-1009


Virginia Struewe
3106 Gateway Drive
Independence, MO 64055


Vitalee Piccinini
505 SW Creek Ridge Dr
Grain Valley, MO 64029


Wells Fargo FBO Elizabeth Ortega
1014 E. Russell Avenue
Santa Ana, CA 92707


Wendi Hall
707 South Lemon
Anaheim, CA 92805


William Weigand
551 S Lemon St
Anaheim, CA 92805-4623


Yvonne Ketchum
21080 Eagles Nest Dr.
Yorba Linda, CA 92886